# LAW OFFICES OF
## DOUGLAS J. BRUNNER

Phone (413) 781-1201 • Fax (413) 734-2925

May 12, 2004

United States District Court
Clerk's Office
1550 Main Street
Springfield, MA 01103
Fax (413) 785-0204

To Whom It May Concern:

I am requesting a docket sheet for the following case:
    United States v. John P. Pappas
    CR-N-95-30036 MAP

I am particularly interested in anything related to property located at 858 State Street,
Springfield, MA.  However, if the docket shows the case is closed, we can also record
that document in the Registry of Deeds.  This property is to be foreclosed upon and we
need to record a document indicating the closing of the case or release of lis pendens.

Please forward to my office as soon as possible.

Sincerely,

Douglas J. Brunner

---

73 State Street • Suite 104 • Springfield • Massachusetts • 01103

Attorney Douglas J. Brunner • Attorney Stephen M. Leecock • Attorney Robert A. Gelinas
also admitted in Connecticut